An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GETIYE ASCHALEW DUBALE,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63100

**FILED**

JUN 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus. Petitioner claims that his attorney provided ineffective assistance of counsel. Petitioner also seeks an order from this court directing the district court to appoint substitute counsel. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.170. Claims of ineffective assistance of counsel must be raised in a post-conviction petition for a writ of habeas corpus challenging the judgment of conviction and filed in the district court in the first instance. *See* NRS 34.724(2)(b).[1] Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

13-17266

cc: Getiye Aschalew Dubale
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

2

(O) 1947A